

# Fourth Court of Appeals
## San Antonio, Texas

November 8, 2019

No. 04-19-00530-CV

Gwendolyn Yvonne **MUHAMMAD,**
Appellant

v.

**TITLEMAX,**
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2018CV07019
Honorable J Frank Davis, Judge Presiding

# O R D E R

The Appellant's Motion to Extend Time to File Brief is hereby GRANTED. Time is extended to November 22, 2019.  No further extensions absent extraordinary circumstances.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of November, 2019.

_____
MICHAEL A. CRUZ,
Clerk of Court